W. Zev Abramson, Esq. #289387
wza@abramsonlabor.com
Nissim Levin, Esq. #306376
nissim@abramsonlabor.com
Baruch Kreiman, Esq. #306328
baruch@abramsonlabor.com
**ABRAMSON LABOR GROUP**
1700 W. Burbank Blvd.,
Burbank, California 91506
Tel:    (213) 493-6300
Fax:   (213) 336-3704

Attorneys for Plaintiff,
STEPHANIE MARTINEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OPTUM SERVICES, INC., a Delaware corporation; CARY SANG, an individual; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 2:26-cv-05227-SPG-MAR<br><br>**PLAINTIFF'S NOTICE OF MOTION TO REMAND TO STATE COURT PURSUANT TO 28 USC §1447(c)**<br><br>Date:    July 1, 2026<br>Time:    1:30 p.m.<br>Courtroom:    5C<br>Judge:    Hon. Sherilyn Peace Garnett |

///

1

PLAINTIFF'S NOTICE OF MOTION TO REMAND TO STATE COURT PURSUANT TO 28 USC §1447(c)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 1, 2026, in Courtroom 5C in the First Street U.S. Courthouse of the above-entitled court located at 350 W 1st Street, Suite 4311, Los Angeles, California 90012, Plaintiff STEPHANIE MARTINEZ will and hereby does move this Court for an order, pursuant to 28 U.S.C. § 1447(c) and this Court's local rules, remanding this case to the Superior Court of California in the County of Los Angeles.

Plaintiff's motion for remand is based upon this notice of motion, the memorandum of points and authorities in support thereof, and such other and further evidence and argument, both written and oral, as may be presented to the Court.

DATED: June 1, 2026

**ABRAMSON LABOR GROUP**

By: _____
Baruch Kreiman, Esq.
Attorneys for Plaintiff,
STEPHANIE MARTINEZ

PLAINTIFF'S NOTICE OF MOTION TO REMAND TO STATE COURT PURSUANT TO 28 USC §1447(c)