SEYFARTH SHAW LLP
Jonathan L. Brophy (SBN 245223)
E-mail:  jbrophy@seyfarth.com
Jessica C. Koenig (SBN 340974)
E-mail:  jkoenig@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
OPTUM SERVICES, INC. and CARY FANG
erroneously named as CARY SANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM SERVICES, INC., a Delaware corporation; CARY SANG, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-05227-SPG-MAR<br><br>**DECLARATION OF JESSICA C. KOENIG IN SUPPORT OF DEFENDANTS OPTUM SERVICES, INC. AND CARY FANG'S OPPOSITION TO PLAINTIFF STEPHANIE MARTINEZ'S MOTION TO REMAND ACTION TO STATE COURT PURSUANT TO 28 U.S.C. § 1447(C)**<br><br>Date:        July 1, 2026<br>Time:        1:30 p.m.<br>Courtroom:   5C<br><br>Complaint Filed:  April 8, 2026<br>Removal Filed:   May 14, 2026<br>Trial Date:      None Set |

i

DECLARATION OF JESSICA C. KOENIG ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

326408201v.1

## DECLARATION OF JESSICA C. KOENIG

I, Jessica C. Koenig, hereby declare:

1.      I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify as to their accuracy.  I am an attorney admitted to practice in the State of California, and I am an associate at the law firm of Seyfarth Shaw LLP.  I am one of the lawyers responsible for representing Defendants Optum Services, Inc. ("Optum") and Cary Fang, erroneously named as Cary Sang, (collectively "Defendants") in the above-captioned lawsuit filed on behalf of Plaintiff Stephanie Martinez ("Plaintiff").  All of the pleadings and correspondence in this lawsuit are maintained in our office in the ordinary course of business under my direction and control.  I have reviewed the pleadings and correspondence in preparing this declaration.

2.      On May 8, 2026, I emailed Plaintiff's counsel requesting to meet and confer, pursuant to Local Rule 7-3, regarding Plaintiff's willingness to stipulate to submitting this matter to arbitration pursuant to Plaintiff's binding arbitration agreement with Defendants. Attached hereto as **Exhibit A** is a true and correct copy of this May 8, 2026 correspondence.

3.      On May 14, 2026, Defendants timely removed the action to this Court on the basis of diversity jurisdiction.  (*See* Dkt. No. 1.)

4.      On May 18, 2026, having received no response to the May 8, 2026 correspondence, I again emailed Plaintiff's counsel requesting to meet and confer regarding Plaintiff's willingness to stipulate to submitting this matter to arbitration. Attached hereto as **Exhibit B** is a true and correct copy of this May 18, 2026 correspondence.

5.      On May 21, 2026, having received no response to the May 18, 2026 correspondence, I had a brief telephone conversation with Plaintiff's counsel to discuss whether Plaintiff would agree to stipulate to binding arbitration.  During this call, Plaintiff's counsel, Baruch Kreiman, advised that Plaintiff refused to stipulate to submitting the matter

1

DECLARATION OF JESSICA C. KOENIG ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

to arbitration.  Plaintiff's counsel never requested to meet and confer regarding Plaintiff's anticipated Motion to Remand.

6.    On May 21, 2026, I emailed Plaintiff's counsel to memorialize the May 21, 2026 call, stating "[t]hank you for the call today.  As we discussed, you advised that your client will not stipulate to submitting this matter to arbitration and intends to oppose Defendants' anticipated motion to compel arbitration. Accordingly, Defendants will proceed with filing their motion to compel arbitration."  Plaintiff's counsel, Baruch Kreiman, responded stating, "[t]hank you for your call today.  That is accurate."  I had no correspondence with Plaintiff's counsel regarding Plaintiff's Motion for Remand after this May 21, 2026 call.  Attached hereto as **Exhibit C** is a true and correct copy of this May 21, 2026 correspondence.

7.    On June 1, 2026, Plaintiff filed her Motion to Remand.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on 10th day of June, 2026, at Los Angeles, California.

_____
Jessica C. Koenig

2

DECLARATION OF JESSICA C. KOENIG ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

# EXHIBIT A

| | |
|---|---|
| **From:** | Koenig, Jessica C. |
| **Sent:** | Friday, May 8, 2026 11:55 AM |
| **To:** | wza@abramsonlabor.com; baruch@abramsonlabor.com |
| **Cc:** | Brophy, Jonathan |
| **Subject:** | [EXTERNAL] Martinez v. Optum -- Request to Meet & Confer Re Stip. to Submit Matter to Arbitration |
| **Attachments:** | Stephanie Martinez - Arb. Agree..pdf |

Counsel,

We hope you are well.

Along with my colleague Jonathan Brophy, copied here, we are counsel for Optum in connection with the lawsuit filed by your client, Stephanie Martinez, on April 8, 2026.   You may direct all future communications on this matter to our attention.

As a preliminary matter, Ms. Martinez has a binding arbitration agreement with Optum which encompasses her claims in this matter.  The agreement, signed on May 7, 2024, is attached here for your review.

We would like to discuss the attached arbitration agreement and this matter, in general.   Please let us know your availability for a call on Tuesday, May 12, from 2 p.m. to 4 p.m.

We look forward to working with you.

Best,

Jessica

1

# EXHIBIT B

| | |
|---|---|
| **From:** | Koenig, Jessica C. |
| **Sent:** | Monday, May 18, 2026 5:36 PM |
| **To:** | Zev Abramson; Baruch Kreiman |
| **Cc:** | Brophy, Jonathan |
| **Subject:** | Martinez v. Optum -- Request to Meet & Confer Re Stip. to Submit Matter to Arbitration |
| **Attachments:** | Stephanie Martinez - Arb. Agree..pdf |

Counsel,

We wanted to follow up, as we have not received any response to our May 8, 2026 email.

As you may be aware, Defendants removed this matter to the Central District on May 14, 2026.

Pursuant to Central District Local Rule 7-3, we would like to meet and confer to discuss your client's attached arbitration agreement and whether your client is willing to stipulate to submitting this matter to arbitration.

Please let us know whether you are available for a call this Thursday or Friday.

Thank you.

Best,

Jessica

**From:** Koenig, Jessica C.
**Sent:** Friday, May 8, 2026 11:55 AM
**To:** wza@abramsonlabor.com; baruch@abramsonlabor.com
**Cc:** Brophy, Jonathan <JBrophy@seyfarth.com>
**Subject:** [EXTERNAL] Martinez v. Optum -- Request to Meet & Confer Re Stip. to Submit Matter to Arbitration


Counsel,

We hope you are well.

Along with my colleague Jonathan Brophy, copied here, we are counsel for Optum in connection with the lawsuit filed by your client, Stephanie Martinez, on April 8, 2026.   You may direct all future communications on this matter to our attention.

As a preliminary matter, Ms. Martinez has a binding arbitration agreement with Optum which encompasses her claims in this matter.  The agreement, signed on May 7, 2024, is attached here for your review.

We would like to discuss the attached arbitration agreement and this matter, in general.   Please let us know your availability for a call on Tuesday, May 12, from 2 p.m. to 4 p.m.

We look forward to working with you.

Best,

Jessica

# EXHIBIT C

| | |
|---|---|
| **From:** | Baruch Kreiman <Baruch@abramsonlabor.com> |
| **Sent:** | Thursday, May 21, 2026 12:04 PM |
| **To:** | Koenig, Jessica C. |
| **Cc:** | Brophy, Jonathan; Zev Abramson |
| **Subject:** | Re: Martinez v. Optum -- Request to Meet & Confer Re Stip. to Submit Matter to Arbitration |

**This Message Is From an External Sender**

This message came from outside your organization.

Thank you for your call today. That is accurate.



**Baruch Kreiman**

Senior Associate

Abramson Labor Group



(213) 493-6300 | (213) 451-6158

Baruch@abramsonlabor.com

www.abramsonlaborgroup.com [abramsonlaborgroup.com]
1700 W Burbank Blvd, Burbank CA 91506

 [facebook.com]         [instagram.com]

**From:** Koenig, Jessica C. <JKoenig@seyfarth.com>
**Sent:** Thursday, May 21, 2026 12:01 PM
**To:** Baruch Kreiman <Baruch@abramsonlabor.com>
**Cc:** Brophy, Jonathan <JBrophy@seyfarth.com>; Zev Abramson <wza@abramsonlabor.com>
**Subject:** RE: Martinez v. Optum -- Request to Meet & Confer Re Stip. to Submit Matter to Arbitration

Counsel:

Thank you for the call today.  As we discussed, you advised that your client will not stipulate to submitting this matter to arbitration and intends to oppose Defendants' anticipated motion to compel arbitration.

Accordingly, Defendants will proceed with filing their motion to compel arbitration.

Best,

Jessica

**Jessica C Koenig** | Associate | Seyfarth Shaw LLP
2029 Century Park East | Suite 3500 | Los Angeles, California 90067-3021
Direct: +1-310-201-5285
JKoenig@seyfarth.com | www.seyfarth.com

1



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Koenig, Jessica C.
**Sent:** Monday, May 18, 2026 5:36 PM
**To:** Zev Abramson <wza@abramsonlabor.com>; Baruch Kreiman <baruch@abramsonlabor.com>
**Cc:** Brophy, Jonathan <JBrophy@seyfarth.com>
**Subject:** Martinez v. Optum -- Request to Meet & Confer Re Stip. to Submit Matter to Arbitration

Counsel,

We wanted to follow up, as we have not received any response to our May 8, 2026 email.

As you may be aware, Defendants removed this matter to the Central District on May 14, 2026.

Pursuant to Central District Local Rule 7-3, we would like to meet and confer to discuss your client's attached arbitration agreement and whether your client is willing to stipulate to submitting this matter to arbitration.

Please let us know whether you are available for a call this Thursday or Friday.

Thank you.

Best,

Jessica

**From:** Koenig, Jessica C.
**Sent:** Friday, May 8, 2026 11:55 AM
**To:** wza@abramsonlabor.com; baruch@abramsonlabor.com
**Cc:** Brophy, Jonathan <JBrophy@seyfarth.com>
**Subject:** [EXTERNAL] Martinez v. Optum -- Request to Meet & Confer Re Stip. to Submit Matter to Arbitration

Counsel,

We hope you are well.

Along with my colleague Jonathan Brophy, copied here, we are counsel for Optum in connection with the lawsuit filed by your client, Stephanie Martinez, on April 8, 2026. You may direct all future communications on this matter to our attention.

As a preliminary matter, Ms. Martinez has a binding arbitration agreement with Optum which encompasses her claims in this matter. The agreement, signed on May 7, 2024, is attached here for your review.

We would like to discuss the attached arbitration agreement and this matter, in general. Please let us know your availability for a call on Tuesday, May 12, from 2 p.m. to 4 p.m.

We look forward to working with you.

Best,

2

Jessica

DISCLAIMER: If your email contains a notice of representation in a worker's compensation or employment matter, Abramson Labor Group will assume your representation is limited to the specific matter for which your notice of representation is provided. Consistent with the California Rules of Professional Conduct, Abramson Labor Group will not assume that your firm represents any party in any matter other than the specific matter for which your notice of representation is provided. Until notice of representation is provided on a specific matter, Abramson Labor Group will serve only the defendant party. CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, previous e-mail messages attached to it or files, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by reply E-Mail at clientsupport@abramsonlabor.com or by telephone at (213) 493-3006, and please destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.