**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

July 8, 2026

　Los Angeles Superior Court　
　300 East Olive　
　Burbank, CA 91502　

Re:  Case Number:  ____2:26−cv−05227−SPG−MAR____
　　 Previously Superior Court Case No. ____26NNCV02681____
　　 Case Name: ____Stephanie Martinez v. Optum Services, Inc et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____7/7/2026____, the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Ingrid Valdes_
　　 Deputy Clerk
　　 ingrid_valdes@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____
Date

By: _____
　　 Deputy Clerk

G−17 (06/24)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT